# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135409(66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AARON BROWN,
      Defendant-Appellant.

SC: 135409
COA: 272784
Wayne CC: 06-004008-01

_____/

      On order of the Court, the motion for reconsideration of this Court's March 24, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

d0519